Stephen K. Christiansen (6512)
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com

*Attorney for Plaintiff Eduardo Valadez*

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>GUILLERMINA SALAZAR<br><br>                                              Debtor. | Bankruptcy No.: 16-29028 KRA |
| EDUARDO VALADEZ,<br><br>                                              Plaintiff,<br><br>vs.<br><br>GUILLERMINA SALAZAR,<br><br>                                              Defendant. | CHAPTER 7<br><br>Adversary Proceeding No. 17-02005 |

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE**

Notice is hereby given of the entry of the undersigned as co-counsel for plaintiff Eduardo Valadez. Pursuant to Utah Local Bankruptcy Rule 9010-1, all further notices, communications, copies of pleadings, papers and other material relevant to this action should be directed to and served upon the following, in addition to counsel who have already entered an appearance:

Stephen K. Christiansen
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
steve@skclawfirm.com
Ph. 801.716.7016
Fax 801.716.7017

DATED this 1st day of June, 2017.

                    STEPHEN K. CHRISTIANSEN, ATTORNEY AT LAW

                    By:     /s/ Stephen K. Christiansen
                            Stephen K. Christiansen
                            *Attorney for Plaintiff Eduardo Valadez*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2017, I caused a true and correct copy of the within and foregoing pleading to be served electronically upon all counsel and parties of record via the Court's CM/ECF system.

                    /s/ Stephen K. Christiansen