Tessa M. Santiago, Bar No. 9324
Andrew T. Curtis, Bar No. 13681
LINCOLN LAW CENTER, LLC
921 West Center Street
Orem, UT 84057
Telephone: (801) 224-8282
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>GUILLERMINA SALAZAR**,**<br><br>             Debtor.<br><br><br>EDUARDO VALADEZ,<br><br>             Plaintiff,<br>vs.<br><br>GUILLERMINA SALAZAR,<br><br>             Defendant. | Bankruptcy Number: 16-29028<br><br>Chapter 7<br><br><br>Adversary Proceeding No. 17-02005<br><br>Honorable Kevin R. Anderson |

## FEE APPLICATION

Applicants, **Andrew T. Curtis** and **Tessa Santiago** of LINCOLN LAW CENTER, LLC (hereinafter "Applicants") represent as follows:

1. Applicants are duly licensed attorneys, and are the attorneys for the Defendant in the above-entitled adversary proceeding, and their services and their value are listed on attached "**Exhibit A**."

2. All services and costs for which compensation is requested were in connection with the Initial Pretrial Conference held on April 4, 2017, and not in any other matter; and that all services performed were necessary and proper, and that the amounts of the compensation are reasonable.

3. The amounts listed on "**Exhibit A**" have been expended or incurred as expenses in connection with such services, for which the Applicants seek payment.

**WHEREFORE**, the Applicants request that the Court approve and allow the requested compensation of $212.00.

DATED: This 14th day of June, 2017.

/s/ Andrew T. Curtis
LINCOLN LAW CENTER, LLC
Attorney at Law

# **EXHIBIT A**

| Date | Description | Time | Staff | Fee |
|---|---|---|---|---|
| April 3, 2017 | Attny Tessa Santiago reviewed case with Attny Andrew Curtis; appearance attorney requested for pretrial conference | .1 | TMS, Attorney | $28.50 |
| | | .1 | ATC, Attorney | $28.50 |
| April 4, 2017 | Communication with Attny Lou Harris re appearance at pretrial conference | .1 | ATC, Attorney | $28.50 |
| April 4, 2017 | Attendance; pretrial conference | .2 | LGH, Attorney | $57.00 |
| April 4, 2017 | Attny conference & report of pretrial conference | .1 | LGH, Attorney | $28.50 |
| | | .1 | ATC, Attorney | $28.50 |
| April 4, 2017 | Communication to client re pretrial conference | .1 | IVL, Paralegal | $12.50 |
| | **Total Hours** | | | 0.80 |
| | **Total Attorney Hours**/($285.00/hour) | | | 0.70 - $199.50 |
| | **Total Paralegal Hours**/($125.00/hour) | | | 0.10 - $12.50 |
| | **Total Attorney and Paralegal Costs** | | | $212.00 |
| | **Mailing Costs** | | | - |
| | *Less* **Courtesy Discount** | | | - |
| | **Total Amount** | | | **$212.00** |